IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | |
|---|---|
| YVONE KNOX,<br>        Plaintiff, | ] <br> ] |
|     -vs- | ]    CA NO: 0:02-3468-MJP <br> ] <br> ]    <u>O R D E R</u> <br> ] |
| KERSHAW CORRECTIONAL<br>INSTITUTION, | ] <br> ] |
|         Defendant. | ] |

      This is a employment discrimination case filed by the plaintiff, Yvonne Knox, pursuant to Title VII of the Civil Rights Act of 1964, as amended and 42 U.S.C. § 1983. The plaintiff alleges that she sexually assaulted by two different inmates on two different occasions while she was employed as a correctional officer at the Kershaw Correctional Institution. She further alleges that she filed incident reports with respect to each of these incidents in compliance with state policies and regulations, but the defendant took no action with regard to these assault due to her race and sex. Plaintiff seeks monetary damages. The defendant denies the plaintiff's allegations and has filed a motion for summary judgment. The matter is now before the Court upon the Report and Recommendation of the United States Magistrate Judge recommending summary judgment in favor of the Defendant.

      As to his findings on dispositive matters, the Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the

responsibility to make a final determination remains with the court. See Mathews v. Weber, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination of those portions of the Recommendation to which specific objection is made.

Here, plaintiff has not filed objections to the Report and Recommendation. Nonetheless, this Court has made a *de novo* review of the record before it. The Court observes that the plaintiff is proceeding *pro se* and the Court recognizes that such *pro se* complaints and petitions are held to a less stringent standard than those drafted by attorneys. 449 U.S. 5, 9 (1980).

Upon careful consideration, the Report and Recommendation of the Magistrate Judge is approved. For the reasons set forth in the Report and Recommendation of the Magistrate Judge, the defendant's motion for summary judgement is GRANTED and this case is DISMISSED.

IT IS SO ORDERED.

MATTHEW J. PERRY, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
_January 12th, 2006_____.